1  JEFFREY W. PARKS, Esq. (State Bar No. 133981)
   GLENN E. GUTSCHE, Esq. (State Bar No 145825)
2  **LAW OFFICES OF JEFFREY W. PARKS**
   717 College Avenue, Second Floor
3  Santa Rosa, California 95404
   Telephone: (707) 525-0900
4  Fax No. : (707) 573-0179

5  Attorney for Plaintiff,
   STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
6  Our File No., 23733

RECEIVED 2010 APR 12 P 12: 34
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

## UNITES STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | Case No.   CV 09-5471 TEH |
| Plaintiff, | ~~[PROPOSED]~~ ORDER DISMISSING ENTIRE ACTION |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendants. | |

The parties herein having agreed to settle this case for consideration paid, Plaintiff, State Farm Mutual Automobile Insurance Company, hereby requests that an Order be entered dismissing this law suit with prejudice.

The Court having considered the request of the Plaintiff to dismiss this law suit with prejudice

It is hereby ORDERED, that the entire action and all causes be dismissed with prejudice.

DATED:   04/15/10

_[signature]_
Judge Thelton E. Henderson

ORDER DISMISSING ENTIRE ACTION
CASE NO. CV 09-5471 TEH                              -1-